UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WD ENCORE SOFTWARE, LLC,<br><br>Plaintiff<br><br>v.<br><br>THE SOFTWARE MACKIEV COMPANY,<br><br>Defendant. | Civil Action No. 1:16-cv-11490-WGY |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that James R. Muldoon of the firm Harris Beach PLLC, hereby withdraws as counsel for the Defendant, THE SOFTWARE MACKIEV COMPANY, in the above-captioned matter. Effective immediately, please remove James R. Muldoon from the service list of this action. All other counsel of record for Defendant remain the same.

Dated: July 21, 2016

THE SOFTWARE MACKIEV COMPANY

By its Attorney,

*/s/ James R. Muldoon*
James R. Muldoon
HARRIS BEACH PLLC
333 West Washington Street, Suite 200
Syracuse, NY 13202
Tel: 315.423.7100
Fax: 315.422.9331
jmuldoon@HarrisBeach.com

SO ORDERED

_____
Hon. William G. Young, U.S.D.C.

2

**CERTIFICATE OF SERVICE**

      I hereby certify that this **NOTICE OF WITHDRAWAL** filed through the EFC system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 18, 2016.

                                      */s/ Michael R. Gottfried*
                                      Michael R. Gottfried